UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LUIGI GIROTTO,                                                    :
:
:
           Plaintiff,                                             :
:   24-CV-8848 (JMF)
         -v-                                                      :
:   ORDER
MADISON JEWELERS NY, INC. et al.,                                 :
:
           Defendants.                                            :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **December 6, 2024**, Defendants were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 9, 10.  To date, Defendants have failed to appear in this action. No later than **January 10, 2025,** Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if he has any other reason to believe that Defendants have actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: January 3, 2025
       New York, New York

                                                 JESSE M. FURMAN
                                         United States District Judge